

IT IS SO ORDERED.
Signed November 24, 2010

**Arthur S. Weissbrodt
U.S. Bankruptcy Judge**

_____

Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Movant
U.S. Bank, N.A. successor in interest to
the FDIC as receiver for Downey
Savings and Loan Association, F.A.
F.040-765

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>GEORGE WAYNE BAY aka WAYNE BAY,<br>GEORGE BAY and MARYANN BAY aka<br>MARY A. BAY fdba BUILDERS<br>MARKETING SERVICES,<br><br>Debtors.<br>_____ | Bk. No. 09-56169<br><br>CHAPTER 13<br><br>R.S. No. DRP – 631<br><br>AGREED ORDER FOR RELIEF FROM<br><u>AUTOMATIC STAY</u><br><br>Hearing-<br>Date : 10/20/10<br>Time : 2:00 p.m.<br>Place : U.S. Bankruptcy Court<br>        280 South First Street<br>        San Jose, California<br>        Courtroom 3020 |

The Motion for Relief from Automatic Stay of U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A., its assignees and/or successors in interest, came on for hearing on October 20, 2010 at 2:00 p.m., before the Honorable Arthur Weissbrodt. Appearances are as set forth in the Court's docket.

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, effective January 30, 2011, the Automatic Stay as to the Debtor in the above entitled Bankruptcy proceeding is hereby vacated and extinguished, and, as to U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A., its assignees and/or successors in interest ("Movant" herein), to allow for the sale of the subject Property generally described as **3350 Union Avenue, San Jose, California.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order may be modified by written agreement of the parties if Movant is provided with evidence of an existing and open bona fide escrow to sell the subject Property prior to January 30, 2011 *or good cause shown*.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the terms and conditions of this Order may not be modified, altered or changed by any pending or impending Chapter 13 Plan without the express written consent of Movant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, in the event this case is dismissed or discharged, this Order is terminated and shall have no further force or effect.

Approved as to form and content:

Dated: November 1, 2010

By /s/ Dean R. Prober
DEAN R. PROBER, ESQUIRE, #106207
Prober & Raphael A Law Corporation
Attorneys for Movant

Dated: November 1, 2010

By /s/ Leela V. Menon
LEELA V. MENON, ESQUIRE
Attorney for Debtors

** END OF ORDER **

-2-

# COURT SERVICE LIST

George Wayne Bay
Maryann Bay
3350 Union Ave
San Jose, CA 95124
Debtors

David A. Boone, Esquire
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126
Attorney for Debtors

Devin Derham-Burk
P. O. Box 50013
San Jose, CA 95150-0013
Chapter 13 Trustee

Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364